E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5735
    Facsimile: (213) 894-0142
    Cell:      (213) 500-9369
    E-mail:    julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00524(A)-DMG-ALL |
|---|---|
| Plaintiff, | NOTICE OF FILING OF DEFENDANTS' SIGNATURE PAGES IN SUPPORT OF STIPULATION TO CONTINUE DATE FOR TRIAL (#337); ATTACHMENTS |
| v. | |
| EDGAR JOEL MARTINEZ-REYES ET AL., | |
| Defendants. | |

Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney Julie J. Shemitz, and defendants Edgar Martinez-Reyes (#1), by and through his attorney of record, Zaira Villagomez, Eduardo Mayorga (#3), by and through his attorney of record, Matthew Lombard, Guillermo Zambrano (#5), by and through his attorney of record, John Targowski, Vidal Licon-Robles (#8), by and through his attorney of record, Robert Bernstein, Jose Antonio Pardo (#13), by and through his attorney of record, Michael Chernis, Jiande Zhou (#14), by and through his attorney of record, Kevin Gres, Sai Zhang (#16), by and through his attorneys of record,

Reuven Cohen and Youngbin Son, Jiayong Yu (#20), by and through his attorney of record, Jonathon Perliss, and Xuanyi Mu (#23), by and through his attorney of record, Donald Matson hereby file their respective signature pages in support of the stipulation to continue the date for trial filed by the parties in this matter on August 6, 2024.  These signature pages are provided in accordance with the provisions of the previously-filed stipulation to continue the date for trial to October 21, 2025 at 8:30 a.m. before this Court (Dkt #337)[1].

Defendant Diego Acosta Ovalle (#6) is in custody in Mexico awaiting extradition.

Defendant Peiji Tong (#15) is in the custody of Chinese authorities on domestic Chinese charges.

Defendant Jiaxuan He (#24) is a fugitive, believed to be residing in China.

Defendant Chengwu He (#17) is scheduled to make his initial appearance on August 22, 2024.

Defendant Leopoldo Bernal (#9) was released to pretrial supervision for placement in a residential drug treatment facility.

Defendant Victor Rodriguez-Trujillo (#11) was released on bond with electronic monitoring, and has since cut of the monitoring device and is now a fugitive whose whereabouts are unknown.

Defendant Daniel Gonzalez, aka Rafael Arocho (#10), is a fugitive believed to be in northern California.

The remaining defendants, Raul Contreras (#2), Julio Alexandro Cabrera (#12), Panyu Zhao (#18), and Shou Yang (#23), have not

---

[1] The trial date for defendant Luis Belandria-Contreras was previously continued to October 21, 2025 (Dkt #331).

1  objected to the continuance, but have not yet provided their
2  signature pages to the stipulation.
3  Dated: August 13, 2024                Respectfully submitted,

                                         E. MARTIN ESTRADA
                                         United States Attorney

                                         MACK E. JENKINS
                                         Assistant United States Attorney
                                         Chief, Criminal Division


                                               /s/
                                         JULIE J. SHEMITZ
                                         Assistant United States Attorney

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA