1  reasonable time necessary for effective preparation, taking into

2  account the exercise of due diligence.

3       9.    Nothing in this stipulation shall preclude a finding that

4  other provisions of the Speedy Trial Act dictate that additional time

5  periods be excluded from the period within which trial must commence.

6  Moreover, the same provisions and/or other provisions of the Speedy

7  Trial Act may in the future authorize the exclusion of additional

8  time periods from the period within which trial must commence.

9       IT IS SO STIPULATED.
   Dated: August 5, 2024          Respectfully submitted,

10                                 E. MARTIN ESTRADA

11                                 United States Attorney

12                                 MACK E. JENKINS
                                   Assistant United States Attorney

13                                 Chief, Criminal Division

14
                                         /s/
15                                 _____
                                   JULIE J. SHEMITZ
16                                 Assistant United States Attorney

17                                 Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

18

19

20       I am EDGAR MARTINEZ-REYES's attorney.  I have carefully

21  discussed every part of this stipulation and the continuance of the

22  trial date with my client. I have fully informed my client of his

23  Speedy Trial rights.  To my knowledge, my client understands those

24  rights and agrees to waive them.  I believe that my client's decision

25  to give up the right to be brought to trial earlier than _____

26  is an informed and voluntary one.

27  _____        8-24-2024
    ZAIRA VILLAGOMEZ                      _____
                                         Date
28

5

Attorney for Defendant
1  EDGAR MARTINEZ-REYES

2

3

    I have read this stipulation and have carefully discussed it
4
with my attorney. I understand my Speedy Trial rights.  I voluntarily
5
agree to the continuance of the trial date and give up my right to be
6
brought to trial earlier than October 21, 2025.  I understand that I
7
will be ordered to appear in Courtroom 8C of the Federal Courthouse,
8
350 W. 1st Street, Los Angeles, California on October 21, 2025 at
9
8:30 a.m.
10
                                                8-12-24
11  EDGAR MARTINEZ-REYES                  Date
    Defendant
12

13                     **CERTIFICATION OF INTERPRETER**

14      I, _Zaira Villa___, am fluent in the written and spoken
15  English and Spanish languages.  I accurately translated this entire
16  agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES
17  on this date.
18                                                8-12-24
    INTERPRETER                            Date
19

20

21

22

23

24

25

26

27

28

6