1    I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed
2 every part of this stipulation and the continuance of the trial date
3 with my client. I have fully informed my client of his Speedy Trial
4 rights.  To my knowledge, my client understands those rights and
5 agrees to waive them.  I believe that my client's decision to give up
6 the right to be brought to trial earlier than October 21, 2025, is an
7 informed and voluntary one.

8    _____        8/9/24
9    JOHN TARGOWSKI                         Date
     Attorney for Defendant
10   GUILLERMO ZAMBRANO

11

12   I have read this stipulation and have carefully discussed it
13 with my attorney. I understand my Speedy Trial rights.  I voluntarily
14 agree to the continuance of the trial date, and give up my right to
15 be brought to trial earlier than October 21, 2025.  I understand that
16 I will be ordered to appear in Courtroom 8C of the Federal
17 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
18 2025 at 8:30 a.m.
19   Guillermo Ortiz                        08-09-24
20   GUILLERMO ZAMBRANO                     Date
     Defendant
21

22              **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken
24 English and Spanish languages.  I accurately translated this entire
25 agreement from English into Spanish to defendant GUILLERMO ZAMBRANO
26 on this date.
27   Self interpreter                       _____
28   INTERPRETER                            Date

                                11