E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5735
    Facsimile: (213) 894-0142
    Cell:      (213) 500-9369
    E-mail:   julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>         v.<br><br>EDGAR JOEL MARTINEZ-REYES ET AL.,<br><br>      Defendants. | No. 2:23-CR-00524(A)-DMG<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE(S) AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATES:**    **11/5/24;<br>3/25/2025**<br>**PROPOSED TRIAL DATE:**    **5/19/2025** |

Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of
California and Assistant United States Attorney Julie J. Shemitz, and
defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both
individually and by and through his counsel of record, Zaura
Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through
his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE,
both individually and by and through his counsel of record, Victor

1 Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and
2 through his counsel of record, Robert M. Helfend; PANYU ZHAO, both
3 individually and by and through his counsel of record, Louis J.
4 Shapiro; RAUL CONTRERAS, individually, and by and through his counsel
5 of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by
6 and through his counsel of record, John Targowski; LUIS BELANDRIA-
7 CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and
8 through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both
9 individually and by and through his counsel of record, Michael D.
10 Walsh; JIAYUNG YU, both individually, and by and through his counsel
11 of record, Jonathan Perliss; XIAOLEI YE, both individually, and by
12 and through his counsel of record, Edward M. Robinson; XUANYI MU
13 ("MU"), both individually and by and through his counsel of record,
14 Donald M. Matson; SHOU YANG, individually, and by and through his
15 counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both
16 individually, and by and through his counsel of record,    OSCAR
17 EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his
18 counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-
19 ROBLES"), both individually and by and through his counsel of record,
20 Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through
21 his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA,
22 individually, and by and through his counsel of record, Peter
23 Johnson; JOSE ANTONIO PARDO, individually, and by and through his
24 counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually,
25 and by and through his counsel of record, Kevin Gres, hereby
26 stipulate as follows:
27
28

1      1.     On April 4, 2024, a grand jury for the Central District of
2    California returned first superseding indictment as to both United
3    States v. Zhang, et al. and United States v. Martinez-Reyes, et al.
4    Initial appearance and arraignment for defendant CHENGWU HE has been
5    set for August 22, 2024.

6      2.     The Speedy Trial Act, 18 U.S.C. § 3161, requires that the
7    trial commence on or before August 20, 2024.

8      3.     Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL
9    GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this
10   district.

11     4.     All defendants who have appeared in this district have been
12   released on bond pending trial.

13     5.     The parties estimate that the trial in this matter will
14   last approximately three weeks.  All defendants are joined for trial
15   and a severance has not been granted.

16     6.     By this stipulation, the parties move to continue the trial
17   date to and the status conference to October 21, 2025 and the status
18   conference to October 8, 2025.

19     7.     Defendants request the continuance based upon the following
20   facts, which the parties believe demonstrate good cause to support
21   the appropriate findings under the Speedy Trial Act:

22          a.     Counsel for defendants represent that they have
23   various prior obligations and trial conflicts as set out in Exhibit A
24   hereto. Counsel for defendants also represent that additional time is
25   necessary to confer with their defendants, conduct and complete an
26   independent investigation of the case, conduct and complete
27   additional legal research including for potential pre-trial motions,

28

1   review the discovery and potential evidence in the case, and prepare

2   for trial in the event that a pretrial resolution does not occur.

3   Defense counsel represent that failure to grant the continuance would

4   deny them reasonable time necessary for effective preparation, taking

5   into account the exercise of due diligence.

6          b.   Defendants believe that failure to grant the

7   continuance will deny them continuity of counsel and adequate

8   representation.

9          c.   The government does not object to the continuance.

10         d.   The requested continuance is not based on congestion

11  of the Court's calendar, lack of diligent preparation on the part of

12  the attorney for the government or the defense, or failure on the

13  part of the attorney for the Government to obtain available

14  witnesses.

15     8.   For purposes of computing the date under the Speedy Trial

16  Act by which defendants' trial must commence, the parties agree that

17  the time period of January 2, 2024 to October 21, 2025, inclusive,

18  should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

19  (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

20  continuance granted by the Court at defendants' request, without

21  government objection, on the basis of the Court's finding that:

22  (i) the ends of justice served by the continuance outweigh the best

23  interest of the public and defendant in a speedy trial; (ii) failure

24  to grant the continuance would be likely to make a continuation of

25  the proceeding impossible, or result in a miscarriage of justice; and

26  (iii) failure to grant the continuance would unreasonably deny

27  defendant continuity of counsel and would deny defense counsel the

28

1  reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence.

3      9.    Nothing in this stipulation shall preclude a finding that
4  other provisions of the Speedy Trial Act dictate that additional time
5  periods be excluded from the period within which trial must commence.
6  Moreover, the same provisions and/or other provisions of the Speedy
7  Trial Act may in the future authorize the exclusion of additional
8  time periods from the period within which trial must commence.

9      IT IS SO STIPULATED.
   Dated: August 5, 2024              Respectfully submitted,
10
                                      E. MARTIN ESTRADA
11                                    United States Attorney

12                                    MACK E. JENKINS
                                      Assistant United States Attorney
13                                    Chief, Criminal Division

14
                                      _____/s/_____
15                                    JULIE J. SHEMITZ
                                      Assistant United States Attorney
16
                                      Attorneys for Plaintiff
17                                    UNITED STATES OF AMERICA

18

19

20      I am EDGAR MARTINEZ-REYES's attorney.  I have carefully
21  discussed every part of this stipulation and the continuance of the
22  trial date with my client. I have fully informed my client of his
23  Speedy Trial rights.  To my knowledge, my client understands those
24  rights and agrees to waive them.  I believe that my client's decision
25  to give up the right to be brought to trial earlier than _____
26  is an informed and voluntary one.

27  _____        _____
    ZAIRA VILLAGOMEZ                            Date
28

                                    5

Attorney for Defendant
EDGAR MARTINEZ-REYES

I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date and give up my right to be
brought to trial earlier than October 21, 2025.  I understand that I
will be ordered to appear in Courtroom 8C of the Federal Courthouse,
350 W. 1st Street, Los Angeles, California on October 21, 2025 at
8:30 a.m.

EDGAR MARTINEZ-REYES                          Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES
on this date.

INTERPRETER                                   Date

1    I am SAI ZHANG's attorney.  I have carefully discussed every
2    part of this stipulation and the continuance of the trial date with
3    my client.  I have fully informed my client of his Speedy Trial
4    rights.  To my knowledge, my client understands those rights and
5    agrees to waive them.  I believe that my client's decision to give up
6    the right to be brought to trial earlier than October 21, 2025 is an
7    informed and voluntary one.

8
_____          _____
RUEVEN L. COHEN                            Date
9    YOUNGBIN SON
Attorneys for Defendant
10   SAI ZHANG

11

12
     This agreement has been read to me in Mandarin, the language I
13
understand best, and I have carefully discussed every part of it with
14
my attorney.  I understand my Speedy Trial rights.  I voluntarily
15
agree to the continuance of the trial date and give up my right to be
16
brought to trial earlier than October 21, 2025.  I understand that I
17
will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

20
_____          _____
SAI ZHANG                                 Date
Defendant
21

22                    **CERTIFICATION OF INTERPRETER**

     I, _____, am fluent in the written and spoken
23
English and Mandarin languages.  I accurately translated this entire
24
agreement from English into Mandarin to defendant SAI ZHANG on this
25
date.
26

27
_____          _____
INTERPRETER                               Date
28

7

1

2    I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

3  every part of this stipulation and the continuance of the trial date

4  with my client. I have fully informed my client of his Speedy Trial

5  rights.  To my knowledge, my client understands those rights and

6  agrees to waive them.  I believe that my client's decision to give up

7  the right to be brought to trial earlier than October 21, 2025, is an

8  informed and voluntary one.

9  _____        _____

10  ROBERT M. HELFEND                         Date
   Attorney for Defendant
11  BERNARDO MAUBERIS

12

13    I have read this stipulation and have carefully discussed it

14  with my attorney. I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than October 21, 2025.  I understand that

17  I will be ordered to appear in Courtroom 8C of the Federal

18  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19  2025 at 8:30 a.m.

20  _____        _____

21  BERNARDO MAUBERIS                         Date
   Defendant

22

23              **CERTIFICATION OF INTERPRETER**

24    I, _____, am fluent in the written and spoken

25  English and Spanish languages.  I accurately translated this entire

26  agreement from English into Spanish to defendant BERNARDO MAUBERIS on

27  this date.

28

8

INTERPRETER                              Date

     I am PANYU ZHAO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

LOUIS J. SHAPIRO                         Date
Attorney for Defendant
PANYU ZHAO

     I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

PANYU ZHAO                               Date
Defendant

### CERTIFICATION OF INTERPRETER

     I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

```
_____     _____
INTERPRETER                           Date
```

I am RAUL CONTRERAS's attorney.  I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025, is an
informed and voluntary one.

```
_____     _____
CHARLES C. BROWN                      Date
Attorney for Defendant
RAUL CONTRERAS
```

I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

```
_____     _____
RAUL CONTRERAS                        Date
Defendant
```

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken
English and Spanish languages. I accurately translated this entire
agreement from English into Spanish to defendant RAUL CONTRERAS on
this date.

1  INTERPRETER _____    Date _____

2

3      I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed

4  every part of this stipulation and the continuance of the trial date

5  with my client. I have fully informed my client of his Speedy Trial

6  rights.  To my knowledge, my client understands those rights and

7  agrees to waive them.  I believe that my client's decision to give up

8  the right to be brought to trial earlier than October 21, 2025, is an

9  informed and voluntary one.

10  JOHN TARGOWSKI _____    Date _____
    Attorney for Defendant
11  GUILLERMO ZAMBRANO

12

13

14      I have read this stipulation and have carefully discussed it

15  with my attorney. I understand my Speedy Trial rights.  I voluntarily

16  agree to the continuance of the trial date, and give up my right to

17  be brought to trial earlier than October 21, 2025.  I understand that

18  I will be ordered to appear in Courtroom 8C of the Federal

19  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

20  2025 at 8:30 a.m.

21  GUILLERMO ZAMBRANO _____    Date _____
    Defendant
22

23

24              **CERTIFICATION OF INTERPRETER**

25      I, _____, am fluent in the written and spoken

26  English and Spanish languages.  I accurately translated this entire

27  agreement from English into Spanish to defendant GUILLERMO ZAMBRANO

28  on this date.

                              11

INTERPRETER _____          Date _____

    I am HANG SU's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

MICHAEL D. WALSH _____          Date _____
Attorney for Defendant
HANG SU

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

HANG SU _____          Date _____
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant HANG SU on this date.

1       I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2   discussed every part of this stipulation and the continuance of the

3   trial date with my client.  I have fully informed my client of his

4   Speedy Trial rights.  To my knowledge, my client understands those

5   rights and agrees to waive them.  I believe that my client's decision

6   to give up the right to be brought to trial earlier than October 21,

7   2025 is an informed and voluntary one.

8   _____    _____
    MATTHEW J. LOMBARD               Date

9   Attorney for Defendant
    OSCAR EDUARDO MAYORGA

10

11

12      I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____    _____
    OSCAR EDUARDO MAYORGA          Date

20  Defendant

21

22  **CERTIFICATION OF INTERPRETER**

23      I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant OSCAR EDUARDO

26  MAYORGA on this date.

27  _____    _____
    INTERPRETER                  Date

28

1          I, _____, am fluent in the written and spoken

2    English and Mandarin languages.  I accurately translated this entire

3    agreement from English into Mandarin to defendant SHOU YANG on this

4    date.

5    _____        _____
     INTERPRETER                             Date
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

17

agreement from English into Mandarin to defendant XUANYI MU on this
date.

_____          _____
INTERPRETER                                              Date


    I am SHOU YANG's attorney.  I have carefully discussed every
part of this stipulation and the continuance of the trial date with
my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025 is an
informed and voluntary one.

_____          _____
SHOU YANG                                                Date
Attorney for Defendant
ROBERT C. HSU


    I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

_____          _____
SHOU YANG                                                Date
Defendant


                    **CERTIFICATION OF INTERPRETER**

INTERPRETER                                    Date

I am XUANYI MU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

DONALD J. MATSON                               Date
Attorney for Defendant
XUANYI MU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

XUANYI MU                                      Date
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire

15

INTERPRETER _____    Date _____

I am XIAOLEI YE's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

EDWARD M. ROBINSON _____    Date _____
BRIAN ARTHUR ROBINSON
Attorneys for Defendant
XIAOLEI YE

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

XIAOLEI YE _____    Date _____
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant XIAOLEI YE on this date.

14

```
_____        _____
INTERPRETER                                     Date
```

I am JIAYONG YU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

```
_____        _____
JONATHON PERLISS                                Date
Attorney for Defendant
JIAYONG YU
```

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

```
_____        _____
JIAYONG YU                                      Date
Defendant
```

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

1    I am VICTOR RODRIGUEZ-TRUJILLO's attorney.  I have carefully

2 discussed every part of this stipulation and the continuance of the

3 trial date with my client.  I have fully informed my client of his

4 Speedy Trial rights.  To my knowledge, my client understands those

5 rights and agrees to waive them.  I believe that my client's decision

6 to give up the right to be brought to trial earlier than October 21,

7 2025 is an informed and voluntary one.

8 _____     _____
    EDVIN S. FLORES                      Date
9 Attorney for Defendant
    VICTOR RODRIGUEZ-TRUJILLO
10

11    I have read this stipulation and have carefully discussed it
12
    with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
    agree to the continuance of the trial date, and give up my right to
14
    be brought to trial earlier than October 21, 2025.  I understand that
15
    I will be ordered to appear in Courtroom 8C of the Federal
16
    Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
    2025 at 8:30 a.m.
18

19 _____     _____
    VICTOR RODRIGUEZ-TRUJILLO            Date
20 Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken
24
    English and Spanish languages.  I accurately translated this entire
25
    agreement from English into Spanish to defendant VICTOR RODRIGUEZ-
26
    TRUJILLO on this date.

27 _____     _____
    INTERPRETER                          Date
28

                                  19

1      I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____        _____
   ROBERT BERNSTEIN                          Date
9  Attorney for Defendant
   VIDAL LICON-ROBLES
10

11
    I have read this stipulation and have carefully discussed it
12
with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
agree to the continuance of the trial date, and give up my right to
14
be brought to trial earlier than October 21, 2025.  I understand that
15
I will be ordered to appear in Courtroom 8C of the Federal
16
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
2025 at 8:30 a.m.
18

19  _____        _____
   VIDAL LICON-ROBLES                       Date
20  Defendant

21

22                **CERTIFICATION OF INTERPRETER**

23      I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant VIDAL LICON-ROBLES

26  on this date.

27  _____        _____
   INTERPRETER                              Date
28

1     I am LEOPOLDO BERNAL's attorney.  I have carefully discussed
2  every part of this stipulation and the continuance of the trial date
3  with my client. I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8  _____        _____
   ANTHONY M. SOLIS                        Date
9  Attorney for Defendant
   LEOPOLDO BERNAL
10

11     I have read this stipulation and have carefully discussed it
12  with my attorney. I understand my Speedy Trial rights.  I voluntarily
13  agree to the continuance of the trial date, and give up my right to
14  be brought to trial earlier than October 21, 2025.  I understand that
15  I will be ordered to appear in Courtroom 8C of the Federal
16  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17  2025 at 8:30 a.m.
18

19  _____        _____
    LEOPOLDO BERNAL                         Date
20  Defendant

21

22                  **CERTIFICATION OF INTERPRETER**

23     I, _____, am fluent in the written and spoken
24  English and Spanish languages.  I accurately translated this entire
25  agreement from English into Spanish to defendant LEOPOLDO BERNAL on
    this date.
26

27  _____        _____
    INTERPRETER                             Date
28

I am JULIO ALEXANDER CABRERA's attorney.  I have carefully
discussed every part of this stipulation and the continuance of the
trial date with my client. I have fully informed my client of his
Speedy Trial rights.  To my knowledge, my client understands those
rights and agrees to waive them.  I believe that my client's decision
to give up the right to be brought to trial earlier than October 21,
2025 is an informed and voluntary one.

_____          _____
PETER JOHNSON                             Date
Attorney for Defendant
JULIO ALEXANDER CABRERA


I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

_____          _____
JULIO ALEXANDER CABRERA                   Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant JULIO ALEXANDER
CABRERA on this date.

_____          _____
INTERPRETER                               Date

22

1  I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed
2  every part of this stipulation and the continuance of the trial date
3  with my client. I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8  _____        _____
   MICHAEL S. CHERNIS                         Date
9  Attorney for Defendant
   JOSE ANTONIO PARDO
10

11

12  I have read this stipulation and have carefully discussed it
    with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
    agree to the continuance of the trial date, and give up my right to
14
    be brought to trial earlier than October 21, 2025.  I understand that
15
    I will be ordered to appear in Courtroom 8C of the Federal
16
    Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
    2025 at 8:30 a.m.
18

19  _____        _____
    JOSE ANTONIO PARDO                         Date
20  Defendant

21

22              **CERTIFICATION OF INTERPRETER**

23  I, _____, am fluent in the written and spoken
    English and Spanish languages.  I accurately translated this entire
24
    agreement from English into Spanish to defendant JOSE ANTONIO PARDO
25
    on this date.
26

27  _____        _____
    INTERPRETER                                Date
28

1

2      I am JIANDE ZHOU's attorney.  I have carefully discussed every

3   part of this stipulation and the continuance of the trial date with

4   my client. I have fully informed my client of his Speedy Trial

5   rights.   To my knowledge, my client understands those rights and

6   agrees to waive them.  I believe that my client's decision to give up

7   the right to be brought to trial earlier than October 21, 2025 is an

8   informed and voluntary one.

9   _____          _____8/9/24_____
    JIANDE ZHOU                               Date
10  Attorney for Defendant
    KEVIN D. GRES
11

12

13      I have read this stipulation and have carefully discussed it

14  with my attorney. I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than October 21, 2025.  I understand that

17  I will be ordered to appear in Courtroom 8C of the Federal

18  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19  2025 at 8:30 a.m.

20  _____          ____8/9/2024_____
    JIANDE ZHOU                               Date
21  Defendant

22

23                    **CERTIFICATION OF INTERPRETER**

24      I, _Yanyan Liu_, am fluent in the written and spoken

25  English and Mandarin languages.  I accurately translated this entire

26  agreement from English into Mandarin to defendant JIANDE ZHOUon this

27  date.

28

[signature]
INTERPRETER

08/09/2024
Date