|   |   |
|---|---|
| INTERPRETER | Date |

I am JIAYONG YU's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_/s/ [signature]_                                   8/8/2024
JONATHON PERLISS                                    Date
Attorney for Defendant
JIAYONG YU

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

_Jiayong Yu_                                        8/8/2024
JIAYONG YU                                          Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _Fei Han_, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

*Fei Han*         08/08/2024
INTERPRETER        Date

1
2
3   I am XIAOLEI YE's attorney. I have carefully discussed every
4   part of this stipulation and the continuance of the trial date with
5   my client. I have fully informed my client of his Speedy Trial
6   rights. To my knowledge, my client understands those rights and
7   agrees to waive them. I believe that my client's decision to give up
8   the right to be brought to trial earlier than October 21, 2025 is an
9   informed and voluntary one.

10  _____   _____
    EDWARD M. ROBINSON                Date
11  BRIAN ARTHUR ROBINSON
    Attorneys for Defendant
12  XIAOLEI YE
13

14      This agreement has been read to me in Mandarin, the language I
15  understand best, and I have carefully discussed every part of it with
16  my attorney. I understand my Speedy Trial rights. I voluntarily
17  agree to the continuance of the trial date and give up my right to be
18  brought to trial earlier than October 21, 2025. I understand that I
19  will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
20  90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
21
22  _____   _____
    XIAOLEI YE                        Date
    Defendant
23
                    **CERTIFICATION OF INTERPRETER**
24      I, _____, am fluent in the written and spoken
25  English and Mandarin languages. I accurately translated this entire
26  agreement from English into Mandarin to defendant XIAOLEI YE on this
27  date.
28

14