```
_____        _____
INTERPRETER                                     Date
```

I am XUANYI MU's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

```
/s/ Donald J. Matson                            8/8/2024
_____        _____
DONALD J. MATSON                                Date
Attorney for Defendant
XUANYI MU
```

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

```
/s/ Xuanyi Mu                                   08/08/2024
_____        _____
XUANYI MU                                       Date
Defendant
```

### CERTIFICATION OF INTERPRETER

I, Ivan Lam, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire

15

1  agreement from English into Mandarin to defendant XUANYI MU on this
2  date.

3  _____    ___8/8/2024_____
4  INTERPRETER                        Date

5
6      I am SHOU YANG's attorney.  I have carefully discussed every
7  part of this stipulation and the continuance of the trial date with
8  my client. I have fully informed my client of his Speedy Trial
9  rights.  To my knowledge, my client understands those rights and
10 agrees to waive them.  I believe that my client's decision to give up
11 the right to be brought to trial earlier than October 21, 2025 is an
12 informed and voluntary one.

13 _____    _____
   SHOU YANG                         Date
14 Attorney for Defendant
   ROBERT C. HSU
15

16     I have read this stipulation and have carefully discussed it
17 with my attorney. I understand my Speedy Trial rights.  I voluntarily
18 agree to the continuance of the trial date, and give up my right to
19 be brought to trial earlier than October 21, 2025.  I understand that
20 I will be ordered to appear in Courtroom 8C of the Federal
21 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
22 2025 at 8:30 a.m.

23 _____    _____
   SHOU YANG                         Date
24 Defendant

25
26              **CERTIFICATION OF INTERPRETER**
27
28