JEREMY K. BEECHER (Cal. Bar No. 301272)
Assistant United States Attorney
Transnational Organized Crime Section
312 N. Spring St., Ste 1400, Los Angeles, CA 90012
Email: Jeremy.Beecher@usdoj.gov  Tel: (213) 894-5429

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br>EDGAR JOEL MARTINEZ-REYES, ET AL.<br><br>DEFENDANT(S). | CASE NUMBER:<br>Case No. 2:23-cr-00524-DMG<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed [ ] Lodged: **(List Documents)**

Criminal Document; [Proposed] Order; Government's Ex Parte Application For Order Sealing Documents; Declaration of Jeremy K. Beecher and [Proposed] Order Sealing Documents.

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

| | |
|---|---|
| December 12, 2025<br>Date | /s/ Jeremy K. Beecher<br>Attorney Name<br>United States of America<br>Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)  **NOTICE OF MANUAL FILING OR LODGING**